Armar J. Bordner, Appellant v. Commonwealth of Pennsylvania, Department of General Services, Appellee.

Argued June 7, 1979, before Judges BLATT, DI-SALLE and CRAIG, sitting as a panel of three.

*Kenneth Sandoe,* with him *Robert Sullivan, Jr.,* and *Sullivan and Sullivan,* for appellant.

*H. Warren Ragot,* Assistant Attorney General, with him *Theodore A. Adler,* Chief Counsel, for appellee.

PER CURIAM OPINION, September 6, 1979:

Armar J. Bordner has appealed from an order of the Court of Common Pleas of Lebanon County denying his motion for a new trial and entering judgment in his favor in the matter of the condemnation of an approximately eighty-eight acre tract of land he owned in the northern part of Lebanon County. Bordner has raised eight issues relating to evidentiary matters and the overall conduct of the trial below. Having carefully considered each issue, we affirm on the basis

of the able opinion of Judge W<small>ALTER</small> which may be found at No. 2270, 1975, filed August 31, 1978.

P<small>ER</small> C<small>URIAM</small> O<small>RDER</small>

A<small>ND</small> Now, this 6th day of September, 1979, the order of the Court of Common Pleas of Lebanon County dated August 31, 1978, is hereby affirmed.